# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2240
LT Case No. 2013-CF-7175-A

_____

EDWARD JACK GARVIN, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Edward J. Garvin, Jr., Arcadia, pro se.

James Uthmeier, Attorney General, and Anne C. Conley,
Assistant Attorney General, Tallahassee, for Appellee.

November 20, 2025

PER CURIAM.

   AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____